FILED

02/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0501

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0501

BART J. CRABTREE,

      Petitioner and Appellant,

   v.

STATE OF MONTANA,

      Respondent and Appellee.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including March 6, 2022, within which to prepare, serve, and file the State's response.

**TKP**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 3 2022